IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Pentech Financial Services, Inc.,<br><br>　　　　Plaintiff,<br>　v.<br>Troy A. Sibson, et al.,<br><br>　　　　Defendants.<br>_____ / | NO. 09-mc-80014 JW<br><br>**ORDER DENYING *EX PARTE* MOTION FOR ORDER DIRECTING EXECUTION ON ASSETS OF JUDGMENT DEBTOR AND APPOINTING JUDGMENT CREDITOR CUSTODIAN OF PROPERTY WITHOUT PREJUDICE TO BE RENEWED** |

　　　　Presently before the Court is Plaintiff and Judgment Creditor's *Ex Parte* Motion for an Order Directing Execution on Assets of Judgment Debtor. (See Docket Item No. 5.) Judgment Creditor seeks to have the United States Marshals act on a writ of execution issued by the Clerk of Court on February 9, 2009. (See Docket Item No. 5.) As Judgment Creditor concedes, however, the February 9, 2009 writ of execution is directed to the County of Santa Clara. (See Docket Item No. 2.)

　　　　Accordingly, the Court DENIES Judgment Creditor's *Ex Parte* Motion for Order Directing Execution without prejudice to be renewed after a properly directed writ has been issued by the Clerk of Court.

Dated: February 20, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ James Ware*
　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

daphnew@pentechfinancial.com

Troy A. Sibson
2325 Farm District Road
Fernley, NV 89408

**Dated:  February 20, 2009**                                      **Richard W. Wieking, Clerk**

                                                                                        **By:      /s/ JW Chambers            **
                                                                                                  **Elizabeth Garcia**
                                                                                                  **Courtroom Deputy**